DANIEL HERNANDEZ et al., Appellants, v VICTOR L. ROBLES, Respondent.

In the Matter of ELISSA KANE et al., Appellants, v JOHN MARSOLAIS, as Albany City Clerk, et al., Respondents.

SYLVIA SAMUELS et al., Appellants, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

JASON SEYMOUR et al., Appellants, v JULIE HOLCOMB, as City Clerk of the City of Ithaca, et al., Respondents.

Submitted April 24, 2006; decided May 2, 2006

Motion by Parents, Families & Friends of Lesbians and Gays, Inc., et al., for leave to file a brief amici curiae on the appeals herein granted and the proposed brief is accepted as filed.

Judge ROSENBLATT taking no part.

In the Matter of ROBERT P. MEEGAN, JR., et al., Appellants, v ANTHONY MASIELLO et al., Respondents.

Submitted April 3, 2006; decided May 2, 2006

Motion by Syracuse Police Benevolent Association for leave to appear amicus curiae on the motion for leave to appeal herein dismissed as academic.